IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT M. GASPER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-2676 |
| v. | : | |
| | : | |
| **SCHULSON COLLECTIVE, LLC,** | : | |
| *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of October 2020, upon consideration of the parties' *joint motion for an order approving settlement*, [ECF 20], it is hereby **ORDERED** that the motion is **GRANTED** and the parties' Settlement Agreement, attached to the underlying motion, is **APPROVED**. It is further **ORDERED** that this matter is **DISMISSED**, with prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*